AO91 (Rev. 12/03)   Criminal Complaint

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

**FILED**
March 07, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Fidel Morales_____
DEPUTY

UNITED STATES OF AMERICA
V.
Andrea Alejandra GONZALEZ-Parra

CRIMINAL COMPLAINT

Case Number: **EP:25-M-00912-MAT**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __3/5/2025__ in __Hudspeth__ County, in the __Western District Of Texas__ defendant(s) did,

Any alien against whom a final order of removal is outstanding by reason of being a member of any of the classes described in section 1227(a) of this title, who-
(A) willfully fails or refuses to depart from the United States within a period of 90 days from the date of the final order of removal under administrative processes, or if judicial review is had, then from the date of the final order of the court,

in violation of Title __8__ United States Code, Section(s) __1253__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The DEFENDANT, GONZALEZ-Parra, Andrea Alejandra is an alien to the United States and a citizen of Venezuela, was encountered on March 5, 2025, as a passenger of a Greyhound bus that entered the immigration inspection lane at the Sierra Blanca Border Patrol checkpoint located on Interstate 10 east mile marker 102.5 near Sierra Blanca, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Venezuela, without immigration documents allowing her to be or remain in the United States legally.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Complaint sworn to telephonically on __March 07, 2025__ at __02:00 PM__ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

Signature of Complainant
Eddie Garcia
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

__3/7/2025__                                                                 at   El Paso, TX
Date                                                                                  City/State

Miguel A. Torres        U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Andrea Alejandra GONZALEZ-Parra

PEPT# PBBT250300012

03/07/2025

FACTS     (CONTINUED)

DEFENDANT is a native and citizen of Venezuela by virtue of birth and has no claims to United States Citizenship or Lawful Permanent Resident status and has no petitions pending on her behalf. The DEFENDANT unlawfully entered the United States on December 1, 2023, without inspection or admission by an immigration officer and entered the United States at a location not designated as an Official Port of Entry. At the time of encounter, the subject did not have any immigration documents allowing her to enter, reside, or transit the United States legally.

Agents read the DEFENDANT her Miranda Warnings in the Spanish language, utilizing Government form I-214. The DEFENDANT acknowledged understanding her rights by signing the form, she stated that she was willing to answer questions without an attorney being present.

A post Miranda interview by agents of the DEFENDANT revealed the following:

DEFENDANT stated that she crossed into the United States on or about December 1, 2023, near Eagle Pass, Texas, this was the location and time she states to have received an Immigration court date. The DEFENDANT stated she did not make that court date due to scheduling conflicts. Knowing she had missed her appointment the DEFENDANT stated that she personally went to the immigration office. The DEFENDANT filed documentation as to why she failed to report to the Immigration Court, requested and was granted a motion to reopen her case. The DEFENDANT stated that she was ordered removed on her second appearance and was told to gather travel documents and depart the country. The DEFENDANT was unable to provide a date for any of her Immigration Hearings.

Records indicate that the DEFENDANT was ordered removed in absentia from the United States by an Immigration Judge at the Salt Lake City Immigration Court on April 19, 2024. Records indicate that the DEFENDANT filed and was granted a motion to reopen her Immigration case on July 1, 2024, with a master hearing date reset for August 23, 2024. Records indicate that the DEFENDANT was once again ordered removed in absentia from the United States by an Immigration Judge at the Salt Lake City Immigration Court on August 23, 2024. The DEFENDANT willfully failed or refused to depart from the United States within a period of 90 days from the date of the final order of removal under administrative processes.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Immigration History:
NONE

Criminal History:
NONE